UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: | CIVIL ACTION |
|  | NO. 09-40125-DPW |
| WILLIAM T. BROOKS, |  |
| Debtor |  |

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

The appellant having failed to file a brief by August 17, 2009 as directed by the Procedural Order issued by this court on July 17, 2009, the within appeal is hereby DISMISSED.

BY THE COURT,

/s/ Jarrett Lovett

Deputy Clerk

DATED: August 25, 2009